## Florence Zak, Appellant, v. James C. Baker, Appellee.

### Gen. No. 43,080.

opinion filed October 23, 1944; released for publication November 6, 1944. Walter E. Moss and Julius S. Neale, for appellant; Wyatt Jacobs and Walter A. Christopher, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.